# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARIETTA DELACRUZ,**

        **Plaintiff,**

**-vs-**                                          **Case No.  6:09-cv-2057-Orl-22KRS**

**CENTRAL FLORIDA COMMUNITIES,
INC. and DSI MANAGEMENT, LLC,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 23) filed on August 2, 2010.

The United States Magistrate Judge has submitted a report recommending that the Motion be grant in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 10, 2010 (Doc. No. 24) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. No. 23) is GRANTED in part.

3. The Court finds the settlement is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.

      4.      Plaintiff's counsel is prohibited from withholding any portion of the $2,000.00 payable to Delacruz under the settlement agreement pursuant to a contingent fee agreement or otherwise. Plaintiff's counsel shall provide a copy of this Order to Delacruz.

      5.      The Court declines to reserve jurisdiction to enforce the settlement agreement.

      6.      This case is DISMISSED WITH PREJUDICE.

      7.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on August 25, 2010.

Copies furnished to:

Counsel of Record

*[signature]*
ANNE C. CONWAY
United States District Judge